UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

SUPPRESSED

FILED

FEB 1 4 2018

U.S. DISTRICT COURT
EASTERN DISTRICT OF MO
ST. LOUIS

UNITED STATES OF AMERICA, )
)
Plaintiff, )
)
v. ) No.
)
WILLIAM C. JOHNSON, )   4:18CR130 SNLJ/PLC
)
Defendant. )

## INDICTMENT

### COUNT I

The Grand Jury charges that:

On or about December 14, 2017, in the City of St. Louis, within the Eastern District of Missouri, the defendant,

**WILLIAM C. JOHNSON,**

having been previously convicted in a court of a crime punishable by imprisonment for a term exceeding one year, did knowingly and intentionally possess a firearm, which had been transported in interstate or foreign commerce prior to or during defendant's possession of same.

In violation of Title 18, United States Code, Section 922(g) and punishable under Title 18, United States Code, Section 924(a)(2).

A TRUE BILL.

_____
FOREPERSON

JEFFREY B. JENSEN
United States Attorney

_____
EDWARD L. DOWD III #61909MO
Assistant United States Attorney